UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PAUL PARMAR,

    Plaintiff/Counter-Defendant,

v.

STUART L. CAUFF, MICHAEL A KEISTER,

    Defendants,

STUART L. CAUFF,

    Counter-Plaintiff,

v.

PAUL PARMAR a/k/a PARMJIT SINGH PARMAR

    Counter-Defendant.

---

STUART L. CAUFF,

    Third-Party Plaintiff,

v.

PEGASUS ELITE AVIATION, LLC, PEGASUS BLUE STAR FUND, PEGASUS JET CHARTER, SOTIRIOS ZAHARIS a/k/a SAM ZAHARIS, THOMAS JAMES SEGRAVE, SEGRAVE AVIATION, INC. a/k/a SEAGRAVE AVIATION, AND MERRILL LYNCH GLOBAL STRUCTURED FINANCE & INVESTMENTS,

    Third-Party Defendants.

---

**Hon. Dennis M. Cavanaugh**

Civil Action No. 11-cv-1145 (DMC)(JAD)

**CONSENT ORDER TO TRANSFER VENUE FROM THE DISTRICT OF NEW JERSEY TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

1

JOSEPH A. DICKSON, U.S.M.J.:

**THIS MATTER** having been presented to the Court by Merrill Lynch Global Structured Finance & Investments' Motion for Change of Venue, and upon the consent of Merrill Lynch Global Structured Finance & Investments (Edwin A. Zipf, Esq. appearing), Segrave Aviation, Inc. and Thomas James Segrave, Jr. (Elissa Fudim, Esq. appearing) and Stuart L. Cauff (Marc H. Stofman, Esq. appearing), it is hereby requested that the Court enter the following Order:

**IT IS** on this __1__ day of April, 2011 **ORDERED**:

1. In the interest of justice and for the convenience of the parties, this entire matter, including any pending motions, is transferred to the United States District Court for the Southern District of Florida, where a bankruptcy matter is currently pending, styled In Re: Jet Network, LLC, Debtor, CASE NO. 08-11165-BKC-RAM and Alan Goldberg, Chapter 7 Trustee for the estate of Jet Network, LLC v. Merrill Lynch & Co., Inc., et al. ADV. NO. 10-02701-RAM.

2. Subject to the approval of the District Court in Florida, Merrill Lynch Global Structured Finance & Investments has until April 11, 2011 to file a brief in opposition to Cauff's Motion for Remand.

3. Subject to the approval of the District Court in Florida, Cauff has until April 26, 2011 to file a reply brief in further support of his Motion for Remand.

DENNIS M. CAVANAUGH, U.S.D.J.