CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

PAUL PARMAR
100 MATAWAN ROAD
MATAWAN, NJ 07747

RECEIVED-CLERK
U.S. DISTRICT COURT
2011 APR 13  A 10: 17

neopost
04/05/2011
US POSTAGE
$00.44
ZIP 07102
041L11214751

NIXIE        085 CE 1        22   04/08/11
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 07101            *2430-10450-05-42

## Other Orders/Judgments

2:11-cv-01145-DMC -JAD PARMAR et al v. CAUFF et al

### U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 4/1/2011 at 3:26 PM EDT and filed on 4/1/2011
**Case Name:**     PARMAR et al v. CAUFF et al
**Case Number:**   2:11-cv-01145-DMC -JAD
**Filer:**
**Document Number:** 13

**Docket Text:**
**Consent ORDER transferring venue from the District of New Jersey to the United States District Court for the Southern District of Florida. Signed by Judge Dennis M. Cavanaugh on 4/1/11. (jd, )**

**2:11-cv-01145-DMC -JAD Notice has been electronically mailed to:**

CHRISTIAN D. JOHNSON    cjohnson@bressler.com

EDWIN A ZIPF    ezipf@bressler.com

ELISSA PAULETTE FUDIM    elissa.fudim@akerman.com

GREGORY A. BUSCH    gab@buschlaw.com, maryann@buschlaw.com

MARC H. STOFMAN    mstofman@klehr.com, mforbes@klehr.com

**2:11-cv-01145-DMC -JAD Notice will not be electronically mailed to::**

MICHAEL A. KEISTER
P.O. BOX 330525
COCONUT GROVE, FL 33233

PAUL PARMAR
100 MATAWAN ROAD
MATAWAN, NJ 07747

SOTIRIOS ZAHARIS
100 MATAWAN ROAD, SUITE 410
MATAWAN, NJ 07747

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/1/2011] [FileNumber=4924298-0]
[05ad31456ecc9c5e59796f93f7f21ec1db123e3e1905376216135a76f3cd9c43c83a
582dc0f8e9b308800d004af5634c2560524f7dad140a1e8102d4d427fe5f]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL PARMAR,<br><br>      Plaintiff/Counter-Defendant,<br>v.<br><br>STUART L. CAUFF, MICHAEL A KEISTER,<br><br>      Defendants,<br><br>STUART L. CAUFF,<br><br>      Counter-Plaintiff,<br>v.<br><br>PAUL PARMAR a/k/a PARMJIT SINGH PARMAR<br><br>      Counter-Defendant.| Hon. Dennis M. Cavanaugh<br><br>Civil Action No. 11-cv-1145 (DMC)(JAD)<br><br>**CONSENT ORDER TO TRANSFER VENUE FROM THE DISTRICT OF NEW JERSEY TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA** |
| STUART L. CAUFF,<br><br>      Third-Party Plaintiff,<br>v.<br><br>PEGASUS ELITE AVIATION, LLC, PEGASUS BLUE STAR FUND, PEGASUS JET CHARTER, SOTIRIOS ZAHARIS a/k/a SAM ZAHARIS, THOMAS JAMES SEGRAVE, SEGRAVE AVIATION, INC. a/k/a SEAGRAVE AVIATION, AND MERRILL LYNCH GLOBAL STRUCTURED FINANCE & INVESTMENTS,<br><br>      Third-Party Defendants. | |

<u>JOSEPH A. DICKSON, U.S.M.J.</u>:

**THIS MATTER** having been presented to the Court by Merrill Lynch Global Structured Finance & Investments' Motion for Change of Venue, and upon the consent of Merrill Lynch Global Structured Finance & Investments (Edwin A. Zipf, Esq. appearing), Segrave Aviation, Inc. and Thomas James Segrave, Jr. (Elissa Fudim, Esq. appearing) and Stuart L. Cauff (Marc H. Stofman, Esq. appearing), it is hereby requested that the Court enter the following Order:

**IT IS** on this ___1___ day of April, 2011 **ORDERED**:

1. In the interest of justice and for the convenience of the parties, this entire matter, including any pending motions, is transferred to the United States District Court for the Southern District of Florida, where a bankruptcy matter is currently pending, styled In Re: Jet Network, LLC, Debtor, CASE NO. 08-11165-BKC-RAM and Alan Goldberg, Chapter 7 Trustee for the estate of Jet Network, LLC v. Merrill Lynch & Co., Inc., et al. ADV. NO. 10-02701-RAM.

2. Subject to the approval of the District Court in Florida, Merrill Lynch Global Structured Finance & Investments has until April 11, 2011 to file a brief in opposition to Cauff's Motion for Remand.

3. Subject to the approval of the District Court in Florida, Cauff has until April 26, 2011 to file a reply brief in further support of his Motion for Remand.

_____
DENNIS M. CAVANAUGH, U.S.D.J.

2